IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

MARK SWAGERTY, JR.,

    Plaintiff,                      No. 2:12-cv-0102 KJN P

    vs.

DR. SAMBRAJYA PALAGUMMI,
et al.,

    Defendants.               ORDER

                              /

        Plaintiff, a state prisoner proceeding without counsel, has filed a civil rights action pursuant to 42 U.S.C. § 1983, together with a request for leave to proceed in forma pauperis pursuant to 28 U.S.C. § 1915. However, plaintiff did not sign the application. In addition, plaintiff failed to sign the complaint. Rule 11 of the Federal Rules of Civil Procedure requires unrepresented parties to sign all pleadings. Therefore, plaintiff will be provided the opportunity to submit a signed in forma pauperis application and a signed complaint. The Clerk of the Court is directed to send plaintiff copies of plaintiff's complaint and motion to proceed in forma pauperis. Plaintiff may simply sign each document and return them to the court.

        In accordance with the above, IT IS HEREBY ORDERED that:

        1. Within thirty days from the date of this order, plaintiff shall complete the

1

attached Notice of Submission and submit the following signed documents to the court:

    a. A signed Application to Proceed In Forma Pauperis By a Prisoner; and

    b. A signed complaint.

  2. The Clerk of the Court is directed to send plaintiff a copy of plaintiff's January 12, 2012 complaint (dkt. no. 1) and motion to proceed in forma pauperis (dkt. no. 2); and

  3. Plaintiff's failure to comply with this order may result in the dismissal of this action without prejudice.

DATED: January 20, 2012

_____
KENDALL J. NEWMAN
UNITED STATES MAGISTRATE JUDGE

swag0102.3c

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

MARK SWAGERTY JR.,

    Plaintiff,   No. 2:12-cv-0102 KJN P

    vs.

DR. SAMBRAJYA PALAGUMMI, et al.,   <u>NOTICE OF SUBMISSION</u>

    Defendants.

_____/

    Plaintiff hereby submits the following document in compliance with the court's order filed _____:

    _____   Complete Application to Proceed In Forma Pauperis By a Prisoner/Certified Copy of Prison Trust Account Statement

DATED:

    _____
    Plaintiff

3