1

2

3

4

5

6

7

8                    IN THE UNITED STATES DISTRICT COURT

9                  FOR THE EASTERN DISTRICT OF CALIFORNIA

10   MARK SWAGERTY, JR.,

11            Plaintiff,                        No. 2:12-cv-0102 KJN P

12        vs.

13   DR. SAMBRAJYA PALAGUMMI,
     et al.,
14
              Defendants.                       <u>ORDER</u>
15   _____/

16

17            Plaintiff, a state prisoner proceeding without counsel, has filed a civil rights action

18   pursuant to 42 U.S.C. § 1983, together with a request for leave to proceed in forma pauperis

19   pursuant to 28 U.S.C. § 1915.  However, plaintiff did not sign the application.  In addition,

20   plaintiff failed to sign the complaint.  Rule 11 of the Federal Rules of Civil Procedure requires

21   unrepresented parties to sign all pleadings.  Therefore, plaintiff will be provided the opportunity

22   to submit a signed in forma pauperis application and a signed complaint.  The Clerk of the Court

23   is directed to send plaintiff copies of plaintiff's complaint and motion to proceed in forma

24   pauperis.  Plaintiff may simply sign each document and return them to the court.

25            In accordance with the above, IT IS HEREBY ORDERED that:

26            1.  Within thirty days from the date of this order, plaintiff shall complete the

1

1   attached Notice of Submission and submit the following signed documents to the court:

2           a.  A signed Application to Proceed In Forma Pauperis By a Prisoner; and

3           b.  A signed complaint.

4           2.  The Clerk of the Court is directed to send plaintiff a copy of plaintiff's January

5   12, 2012 complaint (dkt. no. 1) and motion to proceed in forma pauperis (dkt. no. 2); and

6           3.  Plaintiff's failure to comply with this order may result in the dismissal of this

7   action without prejudice.

8   DATED:  January 20, 2012

9

10                                      _____

11                                      KENDALL J. NEWMAN
                                        UNITED STATES MAGISTRATE JUDGE

12   swag0102.3c

13

14

15

16

17

18

19

20

21

22

23

24

25

26

1

2

3

4

5

6

7

8                        IN THE UNITED STATES DISTRICT COURT

9                        FOR THE EASTERN DISTRICT OF CALIFORNIA

10   MARK SWAGERTY JR.,

11              Plaintiff,                        No. 2:12-cv-0102 KJN P

12        vs.

13   DR. SAMBRAJYA PALAGUMMI, et al.,        NOTICE OF SUBMISSION

14              Defendants.

15   _____/

16              Plaintiff hereby submits the following document in compliance with the court's

17   order filed _____:

18              _____        Complete Application to Proceed In Forma Pauperis

19                                     By a Prisoner/Certified Copy of Prison Trust Account

20                                     Statement

21

22   DATED:

23                                     _____
                                        Plaintiff

24

25

26