IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

MARK SWAGERTY, JR.,

    Plaintiff,                     No. 2:12-cv-0102 KJN P

    vs.

DR. SAMBRAJYA PALAGUMMI,
et al.,

    Defendants.               ORDER

_____/

    Plaintiff consented to proceed before the undersigned for all purposes. See 28 U.S.C. § 636(c). By order filed March 1, 2012, plaintiff's complaint was dismissed and thirty days leave to file an amended complaint was granted. On March 26, 2012, plaintiff was granted an additional thirty days in which to file an amended complaint. That thirty day period has now expired, and plaintiff has not filed an amended complaint or otherwise responded to the court's order. Accordingly, IT IS HEREBY ORDERED that this action is dismissed without prejudice. See Local Rule 110; Fed. R. Civ. P. 41(b).

DATED: May 10, 2012

_____
KENDALL J. NEWMAN
UNITED STATES MAGISTRATE JUDGE

swag0102.fta